# United States District Court
## Northern District of Illinois

MHN

Judge Guzman

In the Matter of

Lillian Roman

v.

Midland Credit Management, Inc. Et

Case No. 09 C 5872

Designated Magistrate Judge ~~Morton Denlow~~ Nolan

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Virgina M. Kendall** to be related to **09 C 5685** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Ronald A. Guzman

Dated: November 10, 2009

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Ronald A. Guzman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: NOV 1 0 2009

Finding of Relatedness (Rev. 9/99)